No. 02–428. DASTAR CORP. *v.* TWENTIETH CENTURY FOX FILM CORP. ET AL., 539 U. S. 23. Motion of petitioner for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Ninth Circuit. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 02–626. SOUTH FLORIDA WATER MANAGEMENT DISTRICT *v.* MICCOSUKEE TRIBE OF INDIANS ET AL. C. A. 11th Cir. [Certiorari granted, 539 U. S. 957.] Motion of National Hydropower Association for leave to file a brief as *amicus curiae* granted.

No. 02–811. GROH *v.* RAMIREZ ET AL. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1231.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–857. HOUSEHOLD CREDIT SERVICES, INC., ET AL. *v.* PFENNIG. C. A. 6th Cir. [Certiorari granted, 539 U. S. 957.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 02–954. OFFICE OF INDEPENDENT COUNSEL *v.* FAVISH ET AL. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1012.] Motion of Reporters Committee for Freedom of the Press et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 02–964. BALDWIN *v.* REESE. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1056.] Motion of respondent for appointment of counsel granted, and Dennis N. Balske, Esq., of Portland, Ore., is appointed to serve as counsel for respondent in this case.

No. 02–1019. ARIZONA *v.* GANT. Ct. App. Ariz. [Certiorari granted, 538 U. S. 976.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1080. GENERAL DYNAMICS LAND SYSTEMS, INC. *v.* CLINE ET AL. C. A. 6th Cir. [Certiorari granted, 538 U. S. 976.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.